IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

JANET BACA,

                      Plaintiff,

v.

TLC FEDERAL CREDIT UNION, nka TLC, A DIVISION OF FIBRE FEDERAL CREDIT UNION,

                      Defendant.

Case No. 6:16 CV 00849-JR

O R D E R

Magistrate Judge Russo filed her Findings and Recommendation on July 25, 2016. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Russo's Findings and Recommendation.

Dated this 15 day of August, 2016.

                                                    Ann Aiken, United States District Judge

Order -- Page 1